STATE OF INDIANA     )             IN THE JACKSON COUNTY CIRCUIT COURT
                     )SS:
COUNTY OF JACKSON    )             CAUSE NO. 36C01-0803-CT-4

AMANDA WILSON,                          )
Personal Representative of the Estate of )
ROY J. GRIDER, deceased,                )
                                        )
           Plaintiff,                   )
                                        )
vs.                                     )
                                        )
RAYMOND C. SANDERS, MILAN               )
EXPRESS COMPANY, INC. and               )
the STATE OF INDIANA DEPARTMENT         )
OF TRANSPORTATION,                      )
                                        )
           Defendants.                  )

4:08-cv-0050-SEB-WGH

**RECEIVED**
U.S. DISTRICT COURT
NEW ALBANY DIVISION
APR 1 8 2008
LAURA A. BRIGGS

**FILED**
MAR 1 9 2008
CLERK, JACKSON CIRCUIT COURT
BROWNSTOWN, INDIANA

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Amanda Wilson, Personal Representative of the Estate of Roy J. Grider, deceased, by counsel, Thomas E. Hastings, and for her cause of action against Defendants, Raymond C. Sanders, Milan Express Company, Inc., State of Indiana Department of Transportation, alleges and states as follows:

1. That at all relevant times herein, the Plaintiff was a resident of Jackson County Indiana.

2. That at all times relevant herein, Defendant, Raymond Sanders (hereinafter referred to as "Sanders"), was a resident of Cook County, Illinois.

1

3. That at all relevant times herein, Defendant, Milan Express Company, Inc. (hereinafter referred to as "Milan Express"), was a Tennessee Corporation with its principal place of business in Milan, Tennessee.

4. That at all relevant times herein, Defendant, State of Indiana Department of Transportation (hereinafter referred to as "INDOT"), was the governmental entity responsible for the design and construction of state highways within the State of Indiana.

5. That on April 11, 2006, Plaintiff's decedent, Roy J. Grider, was operating a 1999 Honda motorcycle westbound on U.S. 50 in Jackson County, Indiana.

6. That on April 11, 2006, Defendant Sanders was operating a 2002 International Semi Tractor-Trailer owned by Defendant Milan Express in the course of his employment with Defendant Milan Express eastbound on U.S. 50 in Jackson County, Indiana.

7. That Defendant Milan Express was negligent in the selection, hiring and retention of Defendant Sanders as an employee or agent to drive semi tractor-trailer owned by Defendant Milan Express.

8. That just prior to the collision Defendant Sanders attempted to make a left hand u-turn from eastbound U.S. 50 onto the westbound lane of a frontage road, Outlet Boulevard, which runs parallel to U.S. 50 and lies north of the westbound lane of U.S. 50.

9. That Defendant Sanders failed to yield the right-of-way to oncoming westbound traffic on U.S. 50 including the motorcycle operated by Roy J. Grider.

10. That Defendant INDOT was negligent in the design, construction, resurfacing and maintenance of the roadway and negligent in their failure to install traffic signals at the intersection where the collision which is the subject of this lawsuit occurred.

2

11. That as a result of the Defendant Sander's failure to yield, Plaintiff's decedent, Roy J. Grider, laid down his motorcycle in an attempt to avoid the Defendants semi tractor-trailer, but struck the fuel tank on the right side of the semi tractor operated by Sanders.

12. That Defendant Sanders heard and felt the impact, but continued to complete the u-turn he had started and ran over Roy J. Grider's head with his trailer's rear tandem wheels.

13. That as a proximate result of Defendants Sanders and Milan Express's negligence, Roy Grider died at the scene from the crush injury to his head.

14. That Defendant INDOT's negligence was a proximate cause of Roy J. Grider's death.

15. That Plaintiff's decedent, Roy Grider, is survived by his natural child, Isabelle Rose Grider, date of birth of November 26, 1999, who resides with her natural mother, Amanda J. Wilson.

16. That as a result of the Defendants' negligence, the decedent's daughter, Isabelle Rose Grider, has lost the love, affection and guidance of her father, Roy J. Grider, as well as financial support of her father.

17. That as a result of Defendants' negligence, the Estate of Roy J. Grider has incurred funeral and burial expenses and the property loss of the 1999 Honda motorcycle.

18. That as a result of Defendants' negligence, Isabelle Rose Grider and the Estate of Roy J. Grider have sustained economic loss.

WHEREFORE, Plaintiff Amanda Wilson, Personal Representative of the Estate of Roy J. Grider, deceased, by counsel, requests the Court to enter judgment for Plaintiff and against Defendants, Raymond C. Sanders, Milan Express Company, Inc. and the State of Indiana

3

Department of Transportation, in an amount to be determined by the jury at the trial of this cause and for all other relief just and proper in the premises.

*[signature]*
Thomas E. Hastings (8334-80)
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and respectfully requests the Court to set this matter for a trial by jury.

*[signature]*
Thomas E. Hastings (8334-80)
THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, IN 46204
(317) 686-1000

4